UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN HENRY JONES, an individual,

    Plaintiff,

    v.

KING COUNTY METRO TRANSIT,

    Defendant.

Case No. C07-319TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF JOHN HENRY JONES , and on behalf of DEFENDANT KING COUNTY METRO TRANSIT in the amount of $7,970.93 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. FILING FEES | $356.00 | 0 | $356.00 |
| II. TRIAL EXHIBITS | $471.45 | 0 | $471.45 |
| Costs to produce trial exhibits are taxable. | | | |
| III. MEDICAL RECORDS | $171.21 | 0 | $171.21 |
| No objection filed. | | | |
| IV. DEPOSITION COSTS | $7,366.30 | $2,244.50 | $5,121.80 |
| Clerk will not allow costs for production of video deposition unless they were actually used at trial. | | | |
| V. TRANSCRIPTION COSTS | $1,850.47 | 0 | $1,850.47 |
| No objection filed. | | | |

TAXATION OF COSTS -- 1

The clerk has no authority to consider the reduction of costs based upon the financial condition of the plaintiff unless so directed to do so by the court. The Judgment entered in this case, docket no. 206, states that " taxable costs are awarded in favor of Defendant". There is no direction to reduce costs based upon financial condition of plaintiff.

Dated this \_\_\_\_17th\_\_\_\_ day of NOVEMBER, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2